UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
In Re:                                                    Chapter 13

SHERRI L. BARNICLE,                     Case No. 07-B-35140

                             Debtors,
------------------------------------------------------x

                 TRUSTEE'S REPORT ON UNCLAIMED DIVIDENDS

To: THE CLERK OF THE BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK:

    Jeffrey L. Sapir, Trustee of the estate of the above named debtor, reports that the following dividend(s) are unclaimed over 90 days from the date of issuance:

       CLAIMANT(s)' NAME &
       <u>LAST KNOWN ADDRESS</u>                              <u>AMOUNT OF DIVIDEND</u>

       Lease Finance Group                                      $10.33
       233 N. Michigan Avenue, Suite 1800
       Chicago, IL 60601

    Trustee's check to your order in the sum of $10.33 is annexed representing the total of the aforesaid unclaimed dividend(s).

Dated:   White Plains, New York
           April 19, 2011

                                                           Respectfully submitted,
                                                          */s/ Jeffrey L. Sapir*
                                                          JEFFREY L. SAPIR
                                                          Standing Chapter 13 Trustee